# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **DUWANE DANYELL JOHNSON**<br>    **LA. DOC #612742** | **CIVIL ACTION NO. 13-3222** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **JOHN SMITH, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Fed. R. Civ. P. 41(b).

**MONROE, LOUISIANA, this 6th day of May, 2014.**

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**